IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR339-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROYRE ERVIN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon defendant Royre Ervin's Motion to Sever. A hearing was held on this matter on February 13, 2006. For the reasons stated in open court, the court hereby DENIES the Motion to Sever with leave to refile, and hereby ORDERS the government to provide to the court within thirty days all statements it intends to use at trial. The government shall provide the court with two copies of each statement, one copy redacted and one copy unredacted.

IT IS SO ORDERED.

Signed: February 13, 2006

Graham C. Mullen
United States District Judge